# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>OMARI JUAN BEIDLEMAN (AKA: N/A)<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25-mj-00192<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 8/30/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 29, 2025__ in the county of _____ in the _____ in the District of __Columbia__ , the defendant(s) violated:

*Code Section*            *Offense Description*

18 U.S.C. § 111(a) - Assaulting, Resisting, or Impeding Certain Officers or Employees.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Byron Cody, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/30/2025

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*