## STATEMENT OF OFFENSE

On August 29, 2025, at around 12:00 p.m., pursuant to President Trump's March 28, 2025, Executive Order, "Making the District of Columbia Safe and Beautiful" and August 11, 2025, Executive Order, "Declaring a Crime Emergency in the District of Columbia" deploying National Guardsman to the District of Columbia, Guardsmen of the Mississippi National Guard, 112th Battalion, 114th Military Police Company were posted at the Capitol South Metro Station, located at 1st and C Streets Southeast, Washington, DC.

During their patrol, Guardsmen were alerted by passengers to an altercation occurring on a train which had just arrived at the station. Guardsmen found two black males engaged in a physical fight; upon separating the males, they learned that Omari Juan Beidleman (DOB ▇▇▇▇▇▇) had been stealing the hats off of train passengers' heads, and the other male fighting with him was one of the victims of this theft. After Omari was separated from the other combatant, he continued to verbally antagonize the other combatant, and was verbally abusive to National Guardsmen, including threatening to kill them.

Beidleman spat in the face of National Guard Private First Class (PFC) Quadarius Draine twice, and then grabbed at PFC Draine's body armor and firearm magazines, before grabbing for PFC Draine's sidearm and succeeding in lowering the hood of PFC's Draine's holster, which is what secures the sidearm in the holster.

Upon seeing Beidleman attempting to remove PFC Draine's weapon from its holster, PFC Javari Ewing grabbed Beidleman by the hand to prevent him from obtaining PFC Draine's weapon. Beidleman resisted PFC Ewing, resulting in an injury to PFC Ewing's left index knuckle. PFC Ewing and Draine placed Beidleman into flexicuffs and placed him on the ground, at which time Beidleman spat on PFC Draine's boot, while PFC Draine's foot was on his [Beidleman's] chest.

PFC Ewing was treated at the scene by a unit medic and did not require stitches or care at a hospital.

The National Guard Unit called Metro Transit Police Department (MTPD) to respond to the scene. MTPD Officer Jay Logan (#872) responded and took Beidleman into custody and transported him to the Metropolitan Police Department's First District police station. During the transport and booking, Beidleman continued to make threats to kill PFCs Draine and Ewing, their Staff Sergeant, and the booking officer.

Based on the foregoing, I submit that there is probable cause to believe that Omari Juan Beidleman (DOB ▇▇▇▇▇▇) committed violations of 18 U.S.C. § 111(a)(misdemeanor) by forcibly assaulting and making physical contact with PFCs Draine and Ewing while they were engaged in or on account of the performance of their official duties, respectively.

Respectfully submitted

*Byron Cody*
Special Agent, Badge #20305
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 30, 2025.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE